# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ALTON DARTEZ | ) |
| | ) Case No. 15-cv-2295-PM-KK |
| | ) |
| v. | ) JUDGE PATRICIA MINALDI |
| | ) |
| THE FRED B. AND RUTH B. ZIGLER FOUNDATION | ) MAG. JUDGE KATHLEEN KAY |
| | ) |

## JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

NOW COME the Parties, through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate and jointly move the Court to dismiss with prejudice all claims asserted in the above-referenced action by Plaintiff Alton Dartez against Defendant The Fred B. and Ruth B. Zigler Foundation, with each party to bear their own costs and attorneys' fees.

Dated, this the 29th day of November, 2016.

Respectfully Submitted,

Plauche, Smith & Nieset, LLC
*/s/ Joseph R. Pousson, Jr.*
Joseph R. Pousson, Jr. (
Post Office Drawer 1705
Lake Charles, LA 70602
Telephone: (337) 436-0522
Fax: (337) 436-9637
*Attorney for Defendant*

***AND***

THE BIZER LAW FIRM
*/s/ Andrew D. Bizer*
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com

Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
*Attorneys for Plaintiff*